IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-80 |
| | § | |
| KIRK LAWRENCE BRANNAN, *et al* | § | |

## O R D E R

Defendant Derwin Blackshear filed a motion for continuance, (Docket Entry No 61). The government and codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 14, 2015 |
| Responses are to be filed by: | December 28, 2015 |
| Pretrial conference is reset to**:** | **January 4, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 11, 2016 at 9:00 a.m.** |

SIGNED on August 26, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge