United States District Court
Southern District of Texas
**ENTERED**
December 02, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-80 |
| | § | |
| | § | **COMPLEX CASE** |
| KIRK LAWRENCE BRANNAN, *et al* | § | |

**O R D E R**

Defendant Kirk Brannan filed a motion for continuance, (Docket Entry No 65). The government and codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 25, 2016 |
| Responses are to be filed by: | May 9, 2016 |
| Pretrial conference is reset to**:** | **May 16, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 23, 2016 at 9:00 a.m.** |

SIGNED on December 2, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge