United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-80 |
| | § | |
| | § | **COMPLEX CASE** |
| KIRK LAWRENCE BRANNAN, *et al* | § | |

# O R D E R

Defendant Kirk Brannan filed a motion for continuance, (Docket Entry No 76). The government and codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 9, 2017 |
| Responses are to be filed by: | January 23, 2017 |
| Pretrial conference is reset to**:** | **January 30, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 6, 2017 at 9:00 a.m.** |

SIGNED on August 3, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge