United States District Court
Southern District of Texas

**ENTERED**

February 10, 2017

David J. Bradley, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. H-15-080** |
| | § | |
| **KIRK LAWRENCE BRANNAN** | § | **(UNDER SEAL)** |

### ORDER RE:
### UNOPPOSED MOTION FOR TRAVEL

Kirk Brannan's unopposed motion for travels [ **89** ] is GRANTED and he may travel to

Los Angeles, California, from Friday, February 10, 2017 and will return on Monday, February 13,

2017.

SIGNED on the 10ᵗʰ day of February , 201 7 .

Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE