**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-80 |
| | § | **COMPLEX CASE** |
| KIRK LAWRENCE BRANNAN, *et al* | § | |

# O R D E R

Defendant Kirk Brannan filed a motion for continuance, (Docket Entry No 104). The government and codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 6, 2017 |
| Responses are to be filed by: | November 20, 2017 |
| Pretrial conference is reset to**:** | **November 27, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 6, 2017 at 9:00 a.m.** |

SIGNED on July 10, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge