United States District Court
Southern District of Texas
**ENTERED**
September 27, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-80 |
| | § | |
| | § | **COMPLEX CASE** |
| KIRK LAWRENCE BRANNAN, *et al*. | § | |

# O R D E R

The defendant, Kirk Brannan, filed a motion for continuance, (Docket Entry No 108). The government and codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 22, 2018 |
| Responses are to be filed by: | February 5, 2018 |
| Pretrial conference is reset to**:** | **February 12, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 20, 2018 at 9:00 a.m.** |

SIGNED on September 27, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge