**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-15-80  **COMPLEX CASE** |
| KIRK LAWRENCE BRANNAN | § | |

**O R D E R**

The government filed an unopposed motion for continuance, (Docket Entry No 130). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 16, 2018 |
| Responses are to be filed by: | April 23, 2018 |
| Pretrial conference is reset to**:** | **April 30, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 7, 2018 at 9:00 a.m.** |

SIGNED on February 5, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge