UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:15-CR-80-01 |
| KIRK LAWRENCE BRANNAN | § | |

## ORDER

Defendant's emergency motion for a reduction in sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), is **GRANTED**.

Defendant is re-sentenced to a term of \_\_\_\_\_ months in the Bureau of Prisons, followed by a term of \_\_\_\_\_ years of supervised release. The Bureau of Prisons is **ORDERED** to release defendant from its custody immediately.

Alternatively, the Court will conduct an evidentiary hearing by telephone/videoconference on April \_\_\_\_, 2020, at _____ a.m./p.m. and **ORDERS** that the warden of FCI Oakdale II, the medical director of FCI Oakdale II, and the defendant appear for the hearing to provide testimony on this motion.

SIGNED ON April \_\_\_, 2020.

_____
Lee H. Rosenthal
United States District Judge