UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:15-CR-80-01 |
| KIRK LAWRENCE BRANNAN | § | |

## **ORDER**

Defendant's emergency motion for a reduction in sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), is **GRANTED**.

Defendant is re-sentenced to a term of credit for time-served in the Bureau of Prisons, followed by a term of THREE (3) YEARS of supervised release. The Bureau of Prisons is **ORDERED** to release defendant from its custody immediately.

Defendant is **ORDERED** restricted to his residence at all times (home incarceration), except for medical necessities and court appearances or other activities specifically approved by the Court, for a period of TWELVE (12) MONTHS as a condition of supervised release. Defendant will be monitored by the form of location monitoring technology at the discretion of the probation office for that period of TWELVE (12) MONTHS, and he must follow the rules and regulations of the location monitoring program. Defendant must pay the costs of the program. The probation officer will initiate the monitoring program as soon as practicable and when deemed appropriate given the current COVID-19 outbreak. All other conditions of supervised release imposed in the judgment remain in effect.

SIGNED ON April 2, 2020.

Lee H. Rosenthal
United States District Judge